**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2118

| | | |
|---|---|---|
| Minority Business Enterprise Legal | * | |
| Defense and Education Fund, Inc.; | * | |
| Pine Lawn Equality Association, Inc.; | * | |
| King Management Corporation; | * | |
| | * | Appeal from the United States |
| Appellants, | * | District Court for the |
| | * | Eastern District of Missouri. |
| v. | * | |
| | * | [UNPUBLISHED] |
| Wal-Mart Stores, Inc., | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: December 8, 1997

Filed: December 19, 1997

_____

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Plaintiffs alleged that in violation of 42 U.S.C. § 1981(a) and § 1982 defendant Wal-Mart Stores, Inc., rejected an unsolicited offer by plaintiff King Management Corporation, an African-American owned business, to sell or lease property located in Pine Lawn, Missouri. The District Court[1] dismissed plaintiffs' complaint pursuant to

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief can be granted. Plaintiffs appeal.

Having considered all the arguments made by plaintiffs for reversal, we conclude that the complaint was properly dismissed for the reasons stated in the well-reasoned memorandum and order of the District Court. Since an extended opinion by this Court would add nothing of substance to the reasoning of the District Court, we forego further discussion of the issues.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.